UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRUONG LINH HOANG, | CASE NO. 2:26-cv-01591-LK |
| Petitioner, | ORDER DENYING PENDING MOTIONS AND CONTINUING DEADLINES |
| v. | |
| PATRICIA H. HYDE et al., | |
| Respondents. | |

This matter comes before the Court on Petitioner Truong Linh Hoang's Motion for Temporary Restraining Order and Immediate Release, Dkt. No. 2, and his Motion for Expedited Consideration and Order to Show Cause, Dkt. No. 6.

The request for expedited consideration is DENIED as moot based on the subsequent issuance of the Court's Scheduling Order. Dkt. No. 7. The motion for a temporary restraining order ("TRO") requests immediate release, but because this request "is the same relief ultimately sought by his habeas petition, the Court concludes that it falls outside the limited purpose of a TRO and should instead be decided either after a preliminary injunction hearing or through regular adjudication of the habeas petition itself." *Nguyen v. Scott*, No. 2:25-CV-01398, 2025 WL

ORDER DENYING PENDING MOTIONS AND CONTINUING DEADLINES - 1

2165995, at *7 (W.D. Wash. July 30, 2025); s*ee also Tang v. Bondi*, No. 2:25-CV-01473-RAJ-TLF, 2025 WL 2979938, at *2 (W.D. Wash. Sept. 3, 2025). The Court therefore DENIES the motion for a TRO. Dkt. No. 2.

Because Hoang is unrepresented and filing and receiving materials by mail, the Court ORDERS as follows to allow him sufficient time to file his reply and receive notice:

1. The reply deadline of June 1, 2026 is extended to June 15, 2026, although Hoang may file his reply sooner. The Government shall note its response for June 15, 2026.

2. The government shall provide Hoang at least 7 days (168 hours) notice prior to any action to move or transfer him from the Western District of Washington or to remove him from the United States.

The Clerk shall mail a copy of this Order to Hoang.

Dated this 12th day of May, 2026.

Lauren King
United States District Judge

ORDER DENYING PENDING MOTIONS AND CONTINUING DEADLINES - 2